FILED
2017 MAR 17 PM 3:43
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-mj-00224-NJK |
| Plaintiff, ) | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR KHACHATUR ZAKARYAN ID #02679059 |
| vs. ) | |
| KHACHATUR ZAKARYAN, ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **KHACHATUR ZAKARYAN, #02679059,** before the United States District Court at Las Vegas, Nevada, on or about on March 20, 2017 at the hour of 3:00 p.m.., for an Initial appearance hearing, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 3/17/2017

_____
UNITED STATES MAGISTRATE JUDGE

FILED

2017 MAR 17  PM 3:43

U.S. MAGISTRATE JUDGE

BY_____

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PATRICK BURNS
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KHACHATUR ZAKARYAN,<br><br>            Defendant. | Case No.: 2:17-mj-00224-NJK<br><br>PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR KHACHATUR ZAKARYAN<br><br>ID # 02679059 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **KHACHATUR ZAKARYAN, #02679059,** is committed by due process of law in the custody of the City of Las Vegas Detention Center, 3300 Stewart Ave, Las Vegas, NV 89101, that it is necessary that the said **KHACHATUR ZAKARYAN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on March 20, 2017 at the hour of 3:00 p.m.., for an Initial appearance hearing and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **KHACHATUR ZAKARYAN** before the United States District Court on or about on March 20, 2017 at the hour of 3:00 p.m.., for an Initial appearance hearing and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the City of Las Vegas Detention Center, 3300 Stewart Ave, Las Vegas, NV 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said **KHACHATUR ZAKARYAN** before the United States District Court on or about on March 20, 2017 at the hour of 3:00 p.m.., for an Initial appearance hearing, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court.

DATED this 17th day of March, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

PATRICK BURNS
Assistant United States Attorney

2