TODD M LEVENTHAL, ESQ
NEVADA BAR NO: 8543
CALIFORNIA BAR NO: 223577
LEVENTHAL AND ASSOCIATES PLLC.
626 S THIRD SREET
LAS VEGAS NV 89101
leventhalandassociates@gmail.com
(702) 472-8686
Attorney for Defendant

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

           APR - 5 2017

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | 2:17-CR-00099-APG-VCF |
| KHACHATUR ZAKARYAN., | |
| Defendant. | |

## SUBSTITUTION OF ATTORNEY

I, KHACHATUR ZAKARYAN, do hereby agree to the substitution of TODD M LEVENTHAL, ESQ. in the place and stead of RACHEL M. KORENBLAT,

DATED this ___ of APRIL, 2017

_____
KHACHATUR ZAKARYAN

I, RACHEL M. KORENBLAT, do hereby agree to the substitution of TODD M. LEVENTHAL, ESQ as attorney of record in the above matter.

DATED this ___ of APRIL, 2017

_____
RACHEL M. KORENBLAT

I, TODD M. LEVENTHAL, ESQ. agree to be substituted as attorney for KHACHATUR ZAKARYAN, defendant herein, in the place and stead of RACHEL M. KORENBLAT.

DATED this 5 of APRIL, 2017

_____
TODD M. LEVENTHAL, ESQ.

DATED this ___ of APRIL, 2017.

Submitted by: LEVENTHAL & ASSOCIATES, PLLC

By:_____
TODD M LEVENTHAL, ESQ
Nevada Bar No: 8543
California Bar No: 223577
Leventhal & Associates, Pllc
626 S. Third Sreet
Las Vegas Nv 89101
(702) 472-8686
leventhalandassociates@gmail.com
Attorney for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-11-2017