**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KHACHATUR ZAKARYAN,<br><br>　　　　　Defendant. | 2:17-cr-00099-APG-VCF<br>**ORDER** |

　　　Before the Court is Defendant's Motion to Reopen Detention Hearing (ECF No. 23).

　　　IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Reopen Detention Hearing (ECF No. 23) must be filed on or before May 8, 2017. No reply necessary.

　　　DATED this 1st day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE